# FILED

UNITED STATES DISTRICT COURTS
EASTERN DISTRICT OF TEXAS
_____DIVISION

DEC **18** 2020

Clerk, U.S. District Court
Eastern District of Texas
_____

ARR
Capricornus
RA GOD of Sun
Rickia Collings
Name of Plaintiff(s)

Case Number:  **4:20cv963-ALM-CAN**

vs

United States of America
United Nations
United Kingdom
Name of Defendant(s)


## COMPLAINT UNDER TITLE VII OF THE CIVIL RIGHTS ACT OF 1964

Note: If plaintiff is alleging employment discrimination based on race or color, please also see 42:U.S.C. 1981

1.  This action is brought pursuant to Title VII of the Civil Rights Act of 1964 for
    employment discrimination.  Jurisdiction is specifically conferred on the court by 42
    U.S.C. 2000e-5.  Equitable and other relief are also sought under 42 U.S.C. 2000e-5(g).

2..  Plaintiff, ARR Capricorn God of Sun Rickia, is a citizen of the United States/Saturn
     (name of plaintiff)

and resides at 707 Baldwin CT.                    , Allen                    ,
                        (street address)                                        (city)

Collin                    , TX        , 75013    , 469 782 4822
   (county)                      (state)         (zip)            (telephone)

3.. Defendant, _The United States of America_ resides at, or its business is
(name of defendant)

located at _The United Nations_ _____, _____,
(street address)                                      (city)

_The United Kingdom._ _____, _____.
(county)        (state)        (zip)        (telephone)


4. Plaintiff sought employment from the defendant or was employed by the defendant

at _The United States of Americas_ _____,
(street address)                                      (city)

_____, _____, _____.
(county)                (state)                (zip)


5. Defendant discriminated against plaintiff in the manner indicated in paragraphs 9 and 10

of the complaint on or about _July 4, 1776 - December 18.2020_
(month, day, year)


6. Plaintiff filed charges against the defendant with the Equal Employment Opportunity
Commission charging defendant with the acts of discrimination indicated in paragraphs
9 and 10 of this complaint on or about _December 18, 2020_.
(month, day, year)


7. The Equal Employment Commission issued a Notice of Right to Sue which was
received by plaintiff on _December 18 2020_.
(month day, year)

8. Because of plaintiff's (1) __✓__ race, (2) __✓__ color, (3) __✓__ sex,

   (4) __✓__ national origin, defendant: From SatuRN, Capricorn, RA, RicKiA Mother w/ Picies from Neptune & Jupiter #D.S.S w/ Aquarius from Uranus W.O.6 III

   a. __✓__ failed to employ plaintiff.

   b. __✓__ terminated plaintiff's employment.

   c. __✓__ failed to promote plaintiff.

   d. __✓__ Other Justified Repayment the Giving of Reward and Punishment. S/He is the Door of the Sheep fold the Way to God.

9. The circumstances under which the defendant discriminated against plaintiff were as follows: Moon KAF: Reveals the Messiah,

   DALet= Reveals the Messiah, Which from of make a Person or Animal Lame, A small enclosure in which A Sheep and Other Domestic Animals are Kept put or Keep in A Pen, Confine Someone to A Restricted place. A Rare Astrological Aspect involving any Celestial body 3 plants, points, Planets are Sextile to eachother & Both Are then Quincunx to A 3rd. Beginning History and Reconstruction. The first Morning Tet. Book=Kreate A Fighter. Hand, mouth, Connected to speech, Drum Beats. That which from of Mitzvah from Torah Child of commandment, Ordinance, Law, statute, Contained in Torah, for that Reason to be Observed by All Practicing Jews. A Mix of natural & Manmade Landmarks. To See and Rejoice in the Goodness and Greatness of GOD, Bow,
   
   See Affidavit...

10.  The acts set forth in paragraph 9 of this complaint:

a.  ✓ are still being committed by defendant.

b.  _____ are no longer being committed by defendant.

c.  _____ defendant may still be committing the acts.

11.  Plaintiff attaches to this complaint a copy of the charges filed with the Equal Employment Opportunity Commission which charges are submitted as a brief statement of the facts supporting this complaint.  WHEREFORE, Plaintiff prays that the Court grant the following relief to the plaintiff:

a.  _____ Defendant be directed to employ plaintiff.

b.  _____ Defendant be directed to re-employ plaintiff.

c.  _____ Defendant be directed to promote plaintiff.

d.  ✓ Defendant be directed to Return _____ and that the

Court grant such relief as may be appropriate, including injunctive orders,

damages, costs and attorney's fees.

ACC _____
(Signature of Plaintiff)

see Affidavit

System Industries incorporated, Standing Instruction, Business, Banking, Army, SI, Systematic Internaliser, Trading, Business Market, Business Integrator (integrating)., within SI there Are Seven base Units upon which All others, Are Based. The Base Units include mass, Length, time, temperature, Amount of Substance, electric Current, and Luminous intensity, The effective Nuclear Charge of SI=14 and inner Core Electrons = 10, for A single Atom the Charge is the Number of Protons minus the # of electrons. find the Charge by balancing in A Compound.