FILED Municipal Court DEC 18 2020 City of Allen Texas Clerk
CORPORATION COURT IN ALLEN TEXAS

*1 Affidavit

ARR= ______

It is in the manner and Custom, that when Entering my (I/OUR) Space, permission be Asked.

* This protective Trust is A Life Intrest that terminates upon the happening of A Specific event. Such As bankruptcy of the Beneficiary OR Any Attempt by an individual to dispose of His OR Her intrest. They have Become Comparatively Rare.

I Am Ascendant Master Meii Capricornus (From Saturn Duties to Labor Dept.) Creator of Earth & STARS

ET: used to identify/introduce a direct Object, when the Direct object is A proper Noun, such As people Places, organizations, OR personal pronoun such As I or you. IM=: GOD; Deities=SuperNatural being, Like a God OR Goddess that is worshipped by people who believe it controls OR exerts force Over Some Aspect of the World. Meaning Devine Nature. Masculine Plural. RA=(RickiA)(ISLand Ruler) (Disagreeable, unpleased)(Resident Assistant)(RA God of Son) (Rose to Prominence)= The Quality of Being Noticeable OR Distinguished. AS= A member of Ancient people living in what is now Israel = descended from Jacob grandson of Abraham = The Hebrew Jew = (HEB) NorthWest Semetic Language Native to Israel, Spoken by Over Nine million people worldwide. Historically it is the language of the Israelites The praised one / GOD = GAD = Good dad = The (Children of U Sons of Isreal) God of Israel in the Old testament When referring to Yahweh = the God = the Living God. AB=father = fat:her = Pregnant = woman = Ma luck = U the Man Ascend = Asacnd = AU JU = My dear

FILED
Municipal Court
DEC 18 2020
City Of Allen, Texas

30

*2 my dear =, traditional term of address between women who are speaking in a tone that is both intimate & gracious Dah = well, Shes good, I suppose, deep down, Period of Light as contrasted with the period Of darkness. A Point of Time. A member descendant of An Ancient people Living in What IS now Israel. Thanksgiving, praise, to thank & to praise, His Shi birth is Recorded at Gen. Man. as. a = man = Adam = Created in Image of God = to make = (Mankind = Created from earth = the ground = AS/A = member of an ancient Gift from God people living in What is now Israel.

~~D A voiced alveolar stop~~ Ascend = Go up, climb, to move upward

Not to Lim

-[not] 104 before, behold, beyond, brethless, cannot, Cannot their nor, cannot, carefully, cheaply, disreguarded, except, failed, false futile, gone, ignorant, illiterate, impotent, incapable, indeed, injustice, instead, many, most assuredly, neither, neither nor, neither he nor, neither I/my/ ~~them~~ HIM nor, neither ~~them~~ them nor, ~~itself~~ neither they nor, neither YOU Nor, neither your, nor neither, nor neither, never, never about nor never no been nor, no to nor, no, none, none, nor, nor, nothing nothing nowhere, or, or, else, otherwise, pathless, rather than, refrain, refuse, refused, ruthlessly, so, so that we will no ~~unawares~~, unaware, unawares, unceasingly, unclean, undevided undone, ungodly, unjustly, unknown, unless 2- unproductive, unpunished, unreliable, unsearchable, unsown, unsparing, untrained, unvented, unwilling, unwise, useless, weak, whether, without, worthles

Ta = Listen, from A Room Little; Chamber/Guardroom, FROM the Root to Dwell to spring from = The Base Of believe, belief Shi is a gift from God ("Star of Bethel Ham) Me LIM = locate our witness = our witness, A setting of boundaries Define A Limit, Limit Of Holy Mountain, to restrict, line, edge, threshold, Re = See, sight the inheritance Of God by the Ruach = back-backward breath - spirit to indicate withdrawal or backward motion: regenerate, refurbish retype, retrace, revert. U = remained unchanged, Ben = Son of my people Son of ~~[illegible]~~ YAH, sons of Lightning, Son of the South Son of the Right Hand. Son of my days. Behold a son. Hear = Ear = to hear Simeon = Si = loftiness = Exhaustive Concordance.

Bethe Gnomes - really Pentgive. info

FILED
Municipal Court
DEC 18 2020

CORPORATION COURT

#3 SI =
Exhaustive Concordance. Word Origin from NASA To Hear, Listen, reputation. Systeme international metric system used in science, industry & medicine, The Listener (SI) silicon, A nonmetallic chemical element in the Carbon family, East & West, one who thinks, A systems integrator or system integrator is a person or company that specializes in bringing together component subsystems into a whole and ensuring that those subsystems function together, a practice known As system integration. They Also Solve problems of Automation. And so we Are left with Carbon, the Most versatile, most Adaptable most useful element of All. Carbon is the element of Life. Silicon is neither metal nor non-metal it's a metalloid, an element that falls somewhere between the two. The Category of metalloid is something of A gray Area, with No firm definition of what fits the bill, but metalloids generally have properties of both Metals & non metals. SI in medicine Sacroiliac joint pain Arises from Abnormalities or injury of the SI joints SI joints connected to the spine to the pelvis & Are formed by the connection of the sacrum & the Right & left iliac bones. Standing Instruction, Business, Banking, Army, SI, Systematic Internaliser, Trading, Business, Market Business, Integrator (integrating). Within SI there are seven base units upon which All others are based. The base units include mass, length, time temperature, Amount of substance, electric current, and luminous intensity. The effective nuclear charge of SI = 14 & inner core Electrons: 10, For A single Atom the Charge is the number of protons minus the # of electrons. find the Charge by balancing charge in

system industries, incorporated

command

#5

in order, car = private vehicle, transfer, transport, met, ME= Thankyou = faith, believe, firm persuasion, assurance, faithfulness, A member of an Ancient People living in what is now Israel. Here is A Bell = zel ← min (u can call him) Goat of Departure, Scapegoat. music ME

Bet, Risk outcome of future event in/at/with there are two parts of Torah written Torah and the Oral Torah. 2=2nd

The House of Creation is then the life of the Universe. = inU serve, Gods intention of abiding within the realm of Creation. reveals the Messiah. Story, Design, Gematria, Meaning. Life. the parent root of the Child. Calf & Righteous person. Me. from W/ two parts of Torah Gods intention of abiding within the realm of Creation. Story. Design. Gematria meaning] moon, halo, to be, halo, moon] Justified repayment, the giving of reward & punishment. Special Crown. The one That Belongs to the moon. A support of giving of reward & punishment. Justified Repayment. S/He is the DOOR of the sheep fold the way to God. The secret of the letter Dalet ' Reveals the Messiah that which/from/of make a person or Animal Lame, A small enclosure in which a sheep & other domestic Animals are kept Put or Keep in A pen, Confine someone to a restricted place. A Rare Astrological Aspect involving any celestial body 3 plants, points, or Planets are sextile to eachother & both are then Quincunx to A 3rd your on Deck, phonemic representation, R = Head first top Beginning, History & Reconstruction

FILED Municipal Court DEC 18 2020
IN ALLEN CORPORATION COURT

12/16

☆ 6

Today 12/17

feast of the first Morning tet

Book = Kreate A fighter Like As, when moon

KAf = reveals the Messiah, Truth, Beauty, Grace Good Weapon, the Head, The Sound is R. iodine, Hand J in Hebrew Y in English = Jesus = YHWH yad = yadad Jupiter index finger pointing. Jewish ritual pointer Torah pointer GAD = luck / fortune, God dad = father, mouth connected to speech Drum Beats yeah word, expression, vocalization, Speech & Breath Reveals the Messiah, trouble He (God) That which from of Mitzvah from Torah Child of Commandment, ordinance, LAW, Statute Contained in Torah, for that reason to be observed by All ~~[illegible]~~ practicing Jews. DOOR, to Lift me to Dwell, nourishment from a mothers Brest, (which is formed by letters) to see & Rejoice in the Goodness & Greatness of God, Bow, A mix of Natural & manmade Landmarks, All of which Show cases the Hill towns rich history Pure Language. literal meaning based on historical intent of Author Hint, Allusion, analogy, allegory, Rash, Application, exposition, mystery deep, S/He is the Door of the Sheep fold the way to god The secret of the Hebrew letter Dalet = Reveals the Messiah. Justified Repayment OR Giving of Reward & Punishment. Special Crown of Torah. Q of 100 Sarah At Q of years Of Age was like KAph years of Age in Sin. Meaning that when she was 100 y/o she was sinless as when she was 20. Bet in/at/ with individual significance. An old Hebrew insterment. Thank you.

FILED
Municipal Court
DEC 18 2020
[signature]
... of Allen, Texas

CORPORATION COURT
... AS

1

*7 Shi Rats = Me = Capricornus

Proverbs 31:26

She Opens her mouth in Wisdom, And the teaching of Kindness, teaching Methods, the relation between Languages & Sciences in the Curriculum & even in terms of religious education. The forced enclosure of jewish schools

in/at/with 2 parts of Torah written & ORAL.

Gods intention of Abiding within the realm of creation. Moon Halo Justified Repayment

A support of the giving of reward & punishment. Special crown

Had a baby Came before Cannan, Happy Blessed, Stop A plague, Praised, SUCCESSOR of TWO Historical Kingdoms mind and intelligence is Judge of Torah, Their history being Lost, Causing to forget, following Completion of Conquest of Cannan by the Isrealite Tribes, in Book of Joshua, Dominated by Religious Scholars & influential in Proselytism

Son of my Right hand Son of my days (Dark) God has heard, Behold A Son/SUN. ] Rickia callings = / listen hearing ISLAND RULER, victory of the Dark people. [Wilbur oswald Conffith II

Flat nosed, hearing, Listen, God is salvation, Warrior, Bearer of martyrs, holy One, Satisfaction of name, enlightened, mountain of Strength. / prophet exalted High Mountain, ~~Mountain of~~ YHWH will Raise noble Household, God is Gracious, LAnd of Sharon, in the Holy LAND, Just, fair, winner, Princess, Rickia & [illegible] to do ~~Settlement, [illegible]~~ beautiful [illegible] man servant of A House Settlement for [illegible] living

Harvey iron, Real blazing, Simon Battle / worthy, # horn 7 Antler foundation Ascent father of many, to climb

JJ Dad name *

Jeremiah — AARON Isiah Simon

N. Derek. B = North man ruler of the People, RACE rich, Powerful Ruler

Nylah

FILED Municipal Court DEC 1 8 2020 City Of Allen, Texas Clerk

CORPORATION COURT IN ALLEN TEXAS

★ 13 Peace Ruler...

Jamal = Beauty, Town, Valley, As from A Blow, Dent

Sashauna = Surface A in Depression
Dieysha Hollow A Out and inside woman Beautiful,
Dent Most, the Details personality, etmology = (= To pass over,) his stars

FILED
Municipal Court
DEC 18 2020
City Of Allen, Texas

CORPORATION COURT
ALLEN TEXAS

you Create your Life experiences
Rickia Collings
TOOL Nymph (capricorn)
friendly personality and
Inspirational, expressive,
Very Responsible

wilbert Lee Collins SR 1st = A Good Worker. victory for the Dark People first,
Bright Will to me, for Myself, Sheltered from the storm formyself
2nd 1st

Benny Brown =

(~~Son of my Right hand son of my days. Black ones, will helment protection, to comfort, Resolute~~
Protector = Ruby = A Highlight Icon.) Bright will to me
Black ones, son of my Days, son of my ~~days~~ Right hand.

wilma odom = wilhelment Protection to Comfort = Resolut